ANTHONY LORENZO, as Administrator of the Estate of MARY LORENZO, Deceased, Respondent, *v.* MANHATTAN STEAM BAKERY, INC., et al., Appellants.

*Lorenzo v. Manhattan Steam Bakery, Inc.,* 178 App. Div. 706, appeal dismissed.

(Submitted November 26, 1917; decided December 4, 1917.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 22, 1917, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of the defendants.

*William M. Sullivan* for motion.

*Charles W. Bennett* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellants within ten days file and serve the stipulation required by subdivision 2 of section 190 of the Code of Civil Procedure and pay ten dollars costs to the respondent, in which event the motion is denied.